# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICHARD D. CLARK and JANE CLARK, | |
| Plaintiffs, | Case No. 17-CV-1754-JPS |
| v. | |
| HEALTHEOS by MULTIPLAN INC., | |
| Involuntary Plaintiff, | |
| v. | **ORDER** |
| PORTLAND ORTHOPAEDICS LIMITED, PORTLAND ORTHOPAEDICS INC., SYMMETRY MEDICAL, INC., d/b/a SYMMETRY MEDICAL OTHY, SYMMETRY OTHY, OTHY, MIPRO US, INC., MIPRO ORTHO PTE LTD., MAXX HEALTH, INC., MAXX ORTHOPEDICS, INC., ORCHID ORTHOPEDIC SOLUTIONS, LLC, and JOHN DOE CORPORATIONS 1-50, | |
| Defendants. | |

On September 18, 2018, the plaintiffs filed a notice of voluntary dismissal, with prejudice, of their claims against defendants Maxx Health, Inc., Maxx Orthopedics, Inc., and Mipro US, Inc. (Docket #8). On November 27, 2018, the plaintiffs filed a notice of voluntary dismissal, without prejudice, of their claims against the remaining defendants, which include Portland Orthopaedics Limited, Portland Orthopaedics Inc., Symmetry

Medical, Inc., d/b/a Symmetry Medical Othy, Symmetry Othy, Othy, Mipro Ortho Pte. Ltd., Orchid Orthopedic Solutions, LLC, and John Doe Corporations 1-50. (Docket #9). The Court herewith adopts both notices. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiffs' notices of voluntary dismissal (Docket #8 and #9) be and the same are hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** as to defendants Maxx Health, Inc., Maxx Orthopedics, Inc., and Mipro US, Inc.; this action be and the same is hereby **DISMISSED without prejudice** as to defendants Portland Orthopaedics Limited, Portland Orthopaedics Inc., Symmetry Medical, Inc., d/b/a Symmetry Medical Othy, Symmetry Othy, Othy, Mipro Ortho Pte. Ltd., Orchid Orthopedic Solutions, LLC, and John Doe Corporations 1-50.

Dated at Milwaukee, Wisconsin, this 30th day of November, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge